JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE KROLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY SHERIFF JAMES McDONNELL, as an individual and in his official capacity, SHERIFF'S DEPARTMENT CUSTODIAL ASSISTANT ROY'CE BASS, as an individual and in his official capacity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00832-DSF (Ex)<br><br>(Hon. Dale S. Fischer)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently with Stipulation of Dismissal with Prejudice*]<br><br>**Action Filed: January 28, 2021**<br><br>**Trial Date:  Vacated** |

-1-

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

IT IS SO ORDERED

DATED: August 16, 2023

By: _____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE